(January 30, 1978)

■ BANK OF SMITHTOWN, Respondent, v COUNTY MANOR OF ST JAMES, INC., et al., Defendants, and GLORIA J. YONELUNAS et al., Defendants and Third-Party Plaintiffs-Appellants. JOHN LAMPARTER, Third-Party Defendant-Respondent.—Appeal from an order of the Supreme Court, Suffolk County, entered June 22, 1977, dismissed as academic. That order was superseded by the order of the same court, dated November 3, 1977, which, upon reargument, adhered to the original determination. Order dated November 3, 1977 affirmed insofar as appealed from. Respondents are awarded one bill of $50 costs and disbursements jointly to cover both appeals. No opinion. Latham J. P., Rabin, Gulotta and Margett, JJ., concur.